IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL BECHTER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-7389 |
| | : | |
| v. | : | |
| | : | |
| FEDERAL EXPRESS CORPORATION | : | |
| LONG TERM DISABILITY PLAN and | : | |
| AETNA LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 31st day of March, 2015, after considering the motion for summary judgment filed by the defendants, Federal Express Corporation Long Term Disability Plan and Aetna Life Insurance Company (Doc. No. 29), the defendants' statement of undisputed material facts and supporting memorandum of law (Doc. Nos. 30, 31), the motion for summary judgment, statement of undisputed material facts, and supporting memorandum of law filed by the plaintiff, Carol Bechter (Doc. No. 32), the defendants' response to the plaintiff's motion for summary judgment (Doc. No. 33), the plaintiff's response to the defendants' motion for summary judgment (Doc. No. 34), the declaration of John Perrine and the administrative record (Doc. No. 25), the declaration of Robin L. Marsh and the supplying of a missing document from the administrative record (Doc. No. 40), the defendants' supplemental memorandum of law (Doc. No. 41), and the plaintiff's supplemental brief (Doc. No. 42); and after hearing oral argument from the parties on January 13, 2015; and for the reasons set forth in the accompanying memorandum opinion; it is hereby **ORDERED** as follows:

1. The plaintiff's motion for summary judgment (Doc. No. 32) is **DENIED**;

2. The defendants' motion for summary judgment (Doc. No. 29) is **GRANTED**;

3. Judgment is entered in favor of the defendants, Federal Express Corporation Long Term Disability Plan and Aetna Life Insurance Company, and against the plaintiff, Carol Bechter; and

4. The clerk of court is directed to mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.